# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JEFFREY AND WANDA MONCRIEF**                                     **PLAINTIFFS**

**V.**                               **CIVIL ACTION NO. 3:08cv00385-TSL-JCS**

**STEPHEN R. RUTHERFORD, and**
**BENNETT TRUCK TRANSPORT, LLC**                                **DEFENDANTS**

### *CONSOLIDATED WITH*

**JEFFREY AND WANDA MONCRIEF**                                     **PLAINTIFFS**

**V.**                               **CIVIL ACTION NO. 3:08CV395-HTW-LRA**

**BELLSOUTH TELECOMMUNICATIONS, INC., et al.**            **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Joint Motion of the Plaintiffs, Jeffrey Moncrief and Wanda Moncrief, and the Defendants, Stephen R. Rutherford, Bennett Truck Transport, LLC, and BellSouth Telecommunications, Inc., to dismiss all claims which said Plaintiffs may have against said Defendants, and which said Defendants may have against each other, in this cause. The Court having been informed that all claims which were or could have been asserted in this case as between the Plaintiffs and the Defendants, Stephen R. Rutherford, Bennett Truck Transport, LLC, and BellSouth Telecommunications, Inc., and by the Defendants against each other, herein, have been fully compromised and settled, and otherwise being fully advised in the premises, and finding this matter has been amicably settled as to all the claims which were or could have been raised herein, finds that said Motion is well-taken and should be granted. It is, therefore,

ORDERED and ADJUDGED that all claims which were or could have been raised herein, by the Plaintiffs against the Defendants, Stephen R. Rutherford, Bennett Truck Transport, LLC, and BellSouth Telecommunications, Inc., or by any of the Defendants against any other of the Defendants, be, and the same hereby are, dismissed with prejudice, with the parties to bear their own costs, all pending Motions as between the parties hereby being denied as moot.

SO ORDERED and ADJUDGED, this 30th day of June, 2009.

/s/Tom S. Lee
DISTRICT COURT JUDGE

APROVED AND AGREED:

s/John Marshall Lusk, Jr.
John Marshall Lusk, Jr., Esq., MB#1499
Attorney for Plaintiffs, Jeffrey Moncrief
and Wanda Moncrief
Post Office Box 23662
Jackson, MS  39225-3662
Telephone:  (601) 842-0323
Facsimile:  (601) 355-6410
E-Mail:  mlusk@comcast.net

s/Timothy D. Crawley
Timothy D. Crawley, Esq., MB# 7826
Mitzi Leasha George, Esq., MB# 102533
Attorney for Defendants, Stephen R. Rutherford
and Bennett Truck Transport, LLC
Post Office Box 2540
Ridgeland, MS 39157
Telephone:  (601) 707-8800
Facsimile:  (601) 977-9975
E-Mail:  TCrawley@ACBLaw.com
MGeorge@ACBLaw.com

s/Richard M. Dye
Richard M. Dye, Esq., MB#99147
Malissa Winfield, Esq., MB#100751
Attorney for Defendant, BellSouth Telecommunications, Inc.
Post Office Box 22567
Jackson, MS  39225-2567
Telephone:  (601) 948-5711
Facsimile:  (601) 985-4500
E-Mail:  Rick.dye@butlersnow.com
Malissa.winfield@butlersnow.com